In the Matter of the Claim of EDWARD MICHELFELDER, Respondent, against ARTHUR B. VAN ALSTYNE et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — award to garage employee for disability arising from inhaling carbon monoxide gas.*

*Matter of Michelfelder* v. *Van Alstyne*, 217 App. Div. 810, affirmed.
(Argued May 2, 1927; decided May 17, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 7, 1926, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant, an employee in a garage, while in the course of his employment, inhaled carbon monoxide gas, from which, it was alleged, he developed bronchitis, resulting in disability for a period of about five months.

*Edward P. Lyon, Harold S. Lyon* and *Alfred W. Andrews* for appellants.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.